United States District Court
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED

2015 NOV -2 P 4: 28

| | | |
|---|---|---|
| John G. Singletary Jr. | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v | ) | Civil Action No. C/A No.: 2:15-cv-04463-MBS-MGB |
| | ) | |
| The City of North Charleston, North Charleston Police Department, Mayor Keith Summey, Chief Eddie Driggers, Officer Willie Jackson, Officer Jonathan Glenn, Eric McClure, Harve Jacobs, Channel 5 News, Raycom Media, Brenda Rindge, Post & Courier, Cedrus, Davis & Floyd, Chicora Gardens. LLC, all jointly & severely, and others to be named | ) ) ) ) ) ) ) ) ) ) ) ) ) | COMPLAINT |
| Defendant(s) | | |

**COMPLAINT**

Now Comes Plaintiff, John Singletary, by and thru ~~Pattonic, Littleton 451~~ complains Defamation Per Se pursuant S.C. 16-7-150, Deprivation of Civil Rights 42 U.S. § 1983, Conspiracy to interfere with Civil Rights 42 U.S. § 1985, and, Failure to prevent conspiracy of Civil Rights 42 U.S. § 1986 against Defendants, 18 U.S.C. § 1962 (RICO), 52 U.S. § 10101 Voting Rights and (SC 17-13-10) False arrest and wrongful (imprisonment). The City of North Charleston, North Charleston Police Department, Officers Glenn & Willie, Chief Eddie Driggers, Mayor

Keith Summey, Eric McClure, Harve Jacobs, Channel 5 News, Raycom, Brenda Rindge, Post & Courier, Cedrus, Davis & Floyd, Chicora Gardens LLC, all jointly and severely, and others to be named.  Plaintiff resides within Charleston County South Carolina and within the jurisdiction of this Honorable Court alleges and shows the Following:

## PARTIES

1. John Singletary is married to Carla Singletary.  They have three children and live in the City of North Charleston at 4321 Waterview Circle, North Charleston, SC   29405.

2. The City of North Charleston ("City") is a municipality in the County of Charleston, State of South Carolina.

3. The City of North Charleston Police Department is the public safety division for policing in the city of North Charleston acting under color of law.

4. Mayor Keith Summey is the appointed and highest ranking official in the city government for North Charleston acting under color of law.

5. Eddie Driggers is the Police Chief of the North Charleston Police Department acting under Color of Law.

6. Officer Glenn is a Police officer for North Charleston the arresting officer acting Under Color of Law on 1/26/2010 ticket number 70055FB.

7. Officer Willie is a Police officer for North Charleston the arresting officer acting Under Color of Law on 1/26/2010 ticket number 70055FB.

8. Channel 5 News is a New Station located in Charleston S.C. Charleston County owned by Raycom of Montgomery Alabama.

9.  Raycom Media is owner of Channel 5 News and is an employee-owned Broadcast Television Station Headquartered in Montgomery Alabama with approximately 4200 employees, President and CEO Paul McTear.

10. Harve Jacobs is a former City of North Charleston employee now employed by WCSC TV - Live5News in Charleston SC, Charleston County.

11. William (Bill) Sharpe is an employee of Live5News and head anchor for WCSC TV in Charleston, SC.

12. Post & Courier Newspaper is a Daily newspaper with a n 83,999 plus circulation daily owned by Evening Post Industries CEO John Barnwell. The Post & Courier is Headquartered and located in Charleston SC, Charleston County.

13. Brenda Ridge is an employee and Reporter of the Post & Courier located in Charleston SC, Charleston County.

14. Eric McClure a resident of Charleston County and an internet Facebook subscriber face book URL https://www.facebook.com/ericd0121.

15. Cedrus is a Development business located in North Charleston, SC in Charleston County. Cedrus receives non-bid contracts from the City of North Charleston and is run by Elias Deeb and Art Titus form the former Noisette Group and contributes to Mayor Summey election campaign.

16, Davis & Floyd is a Professional Engineering Company in South Carolina with an office in North Charleston and receiving non-bid contracts from North Charleston and contributes to Mayor Summey election campaign.

17.     Chicora Gardens LLC. co-owned by Donald Trump Jr. is a South Carolina State LLC located in North Charleston and receives Non-bid contracts from North Charleston and contributes to Mayor Summey election campaign.

## JURISDICTION

Jurisdiction is invoked pursuant 28 US § 1331 - The existence of federal question of law and the Constitution of the United States, 28 US § 1343 - Civil rights and elective franchise, and 28 US § 1367 Supplemental jurisdiction.  This court also has jurisdiction pursuant 42 USC § 19832, 42 USC § 1985 and 42 USC § 1986 and 52 USC §10101(d).   The right to redress for constitutional rights for citizens to proceed where in violation of rights protected the United States Constitution allow federal and related states rights to be violated can receive redress in federal court.  The amount in controversy exceeds $75,000.00 exclusive of interest and costs. Plaintiff verily believes acts and events consummated by defendants aforementioned constitute a flagrant, malicious, and intentional violation of his rights under the First Amendment, the Fifth Amendment, the Thirteenth Amendment, Fourteenth Amendment, and State Statute 17-7-150, and 17-13-10.  The arrest has saddled him with a badge of slavery designed to deter, inhibit, frustrate, and prevent him, a Black candidate, from the free exercise if his unfettered right to run for an be elected to the office of Mayor of North Charleston by reason of his race and color.  In addition 52 US 10101 (d) The district courts of the United States shall have jurisdiction of proceedings instituted pursuant to this section and shall exercise the same without regard to whether the party aggrieved shall have exhausted any administrative or other remedies that may be provided by law.

In furtherance of said conspiracy plot by defendants has intentionally and deliberately caused to be published repeatedly including, but not limited to scheme and contrivance stating that plaintiff had a criminal record for solicitation for prostitution, paid, fine in furtherance therefor defendants and their agents, servants, and co-conspirators refused to cease and desist but persisted after notice and showing to defendants or his agent or servant or co-conspirator that a preceding fabricated effort to defame him by arrest and or false charge was withdrawn and bond refunded. That is to say plaintiff had been vindicated and cleared of any and all charges wrought by willful contrivance of defendant city of North Charleston Police as the charge was withdrawn , vacated, and dismissed as a charge. Hence plaintiff is informed that insistence on continuing aforesaid scheme of conspiracy is intentional malicious and designed to vilify his character and discredit him to voting public, the result of which would result in his ultimate defeat at the forthcoming election schedule for November 3, 2015. Further the acts and delicts as heretofore alleged pose the threat of irreparable harm to plaintiff's quest to become the first Black Mayor of North Charleston. Unless the acts and delicts are enjoined by this court plaintiff is informed and believes the aforementioned specified acts constitutes such immense continuing breach of and violation of perishable constitutional rights under the First, Fifth, Thirteenth, and Fourteenth amendment together with the 1983 conspiracy, the 1983 deprivation of rights under color of law and violation of the voting rights act that merits the issuance of a preliminary injunction by this court. Thus the immediacy of the issuance of the requested temporary injunction is apparent but not self-executing. Accordingly, movant verily believes that allegation herein verified points up it exigency. More recently the making of a spiraling conspiracy by defendants are as follows:

    a.    Keith Summey current mayor of North Charleston authorized and caused a new released to media WCSC Television, an affiliate of CBS, and owned by Raycom of

      Montgomery Alabama wherein plaintiff is published by them to have a criminal record to wit a conviction of a 2010 solicitation by the city of North Charleston of ticket number 70055FB.

b.   Defendant, City of North Charleston Police Department is also joined together with it

c.   Chief Eddie Driggers who allowed to be released to defendant Raycom agent News media affiliate claims confirmed a criminal record existed for a 2010 solicitation knowing that so such criminal record exited.

d.   Defendant Mayor Keith Summey initiated the process knowingly and intentionally to demonize, discredit, and depict, his opposition, as unfit, defendants attached a voice to the video that was not the voice of the Plaintiff claimed to want to purchase sex for money. The defendant's knowingly, maliciously and willfully misrepresented that the Plaintiff was tried in his absence and was convicted even though they were aware the city issued a bond refund and dismissed the case completely exonerating Plaintiff. The fabrication of the voice of the Plaintiff shows what lengths the conspiracy is willing to go to prevent fair competition for a qualified Black candidate who runs in a 50% Black city. The arrest did not even occur in the location were the alleged solicitation was purported to occur. Plaintiff Singletary was allowed to enter his automobile and leave the location and was later arrested away from the premises and no time did he ever attempt to evade the police leaving unexplained why he was not arrested at the purported location of the alleged infraction.

e.   Exhibit A is Plaintiff's letter of January 28, 2010 requesting any exculpatory evidence in the custody of the City of North Charleston regarding the arrest in question. The City of North Charleston upon receiving the letter refunded the bond amount of

    $470.00 to the Plaintiff and dismissed the case exonerating the plaintiff of all charges. Cleary the video submitted under Brady v Maryland: 373 U.S. 83(1963) would constitute exculpatory evidence that must have been given to the plaintiff prior to any conviction as court evidence automatically. The City's violation of this well settled right to evidence would automatically dismiss any charges that could have been assigned to any violation even if the charges were true, which they are not because no solicitation occurred, no fined ever paid, no warrant ever issued after the purported trial in plaintiff's absence, no arrest every made after the alleged conviction, and no time ever served by plaintiff. Such conspiratorial effort of malicious and egregious defamation shocks the conscious of American as did the recent North Charleston shooting in the back of Walter Scott.

Plaintiff also alleges that defendant Keith Summey is the current Mayor of North Charleston and used his power as Mayor to contrive a scheme to defeat movant Singletary under color of law by deliberately, knowingly, and intentionally causing to be published under color of law in and through the New Media allegations of a conviction of a preexisting criminal solicitation for prostitution knowing same to be false all with the intention of assassination of movants character, reputation and fitness to serve as Mayor of the City of North Charleston South Carolina. Moreover defendant Mayor of North Charleston refused to initiate any action to inform nor instruct defendant News Media Raycom, WCSC, Channel 5 News, or Post & Courier to cease, desist from correct or refrain from such vicious and defaming attacks on movants character. The Defendants news media outlets continue to aggressively publish and or portray plaintiff as mayoral candidate with a criminal record so as to hold him out as unfit to serve as mayor and as such said defendant, WCSC News Media is deemed a pro-factor in conniving and being a co-conspirator with

defendant Mayor Keith Summey individually and collectively to undermine and defeat and vitriate the candidacy and opportunity for the plaintiff to exercise his right to freedom of association and right to participate in the political process free of conspiratorial acts under color of law, in addition to plaintiffs rights to pursue the above plaintiff further alleges defamation per se slander per se and liable per se under S.C. Code and law 16-7-150 as amended and herein constitutes liable and slander per se.

Plaintiff further alleges and for a second cause of action herein specifies, re-alleges that he is a resident and citizen of the state of South Carolina and repeating the elements aforesaid that:

1. The acts aforesaid are re-alleged her also constitute liable per se and slander per ser.

2. The said acts aforementioned and set forth make out defamation per se all of which entitles plaintiff to recovery in excess of $75,000 together with the award of attorney fees in accord with the civil rights attorney fee statute.

Plaintiff's Exhibit A:

January 28, 2010

John Singletary
4321 Waterview Circle
North Charleston, SC  29418
January 28, 2010

Glenn/Wille
Arresting Officer
North Charleston Police Department
2500 City Hall Lane
North Charleston, SC  29405

Dear Officer Glenn/Wille:

On 1/26/10 you were the arresting officer in an alleged solicitation charge against me. This is a request asking for all information under Rule 5 related to this charge. The ticket number is 70055FB.

The trial date is 2/23/10. I am requesting to have the information given to me as soon as possible.

Sincerely,


John Singletary

**VENUE**

Venue is proper predicated upon 28 US § 1391 – Venue general a substantial part of the events have taken place in Charleston County.

## NATURE OF THE CASE

1. John Singletary who had an outstanding reputation entered into the 2015 Mayoral Race against the 20 year old incumbent Keith Summey.

2. Singletary after 5 debates was dubbed "The front runner in the 2015 North Charleston Mayoral Race" in the local paper.

3. Singletary had an outstanding reputation as a local businessman in the community and was regarded as a good citizen

4. The race was hotly contested. Unrefuted actions of nepotism, cronyism, regimenting, and public corruption surfaced during the campaign against the incumbent Mayor Keith Summey. Plaintiff upon information, documents, and belief submitted a complaint to the Ethics Commission regarding what he believes to be clear cut violations of SC 8-13-1342 Pay to Play statute.

5. Singletary never directly addressed the incumbent directly, but on several occasions the incumbent Summey made personal attacks against Singletary.

6. On Oct. 10 Eric D. McClure posted a document of accusations of John Singletary and solicitation then immediately removed it from his Facebook page, but prior to Mi-

chael Zoltanski posted a like this comment. Mr. McClure's comments were "Another politician that thinks they are above the law…

7. On Oct. 12, 2015 former employee of the city and reporter Harve Jacobs requested to interview candidate John Singletary regarding an alleged solicitation conviction prior to the Oct. 14 2015 Mayoral Debate.

8. An undisputed answer of "No Conviction" was relayed to Mr. Jacobs by John Singletary to include information of the bond was refund and the case dismissal by the City of North Charleston because it contained no truth. The arrest for the alleged solicitation did not even occur at the premises where the alleged solicitation occurred. Singletary entered his truck backed out left the location and was later arrested away from the address 1288 Remount Rd. were the alleged solicitation occurred.

9. Mr. Jacobs admitted to not researching or performing any due diligence investigation from any police records prior to the interview, but said he would prior to airing his story. Live 5 News reported Singletary had a criminal record and that Singletary paid $20 for sex. Singletary contends that the voice in the video is not his. Live 5 News stated they had documents contrary to Singletary denial of any conviction. Live 5 News purported that records from North Charleston Municipal Court showed Singletary was tried in his absence and forfeited $470.00 bail. Live 5 New also stated incorrectly that no money was paid out on account of sexual harassment charges against Mayor Summey that Singletary raised.

10. On the 6:00 New for Channel 5 William Sharpe reported that John Singletary was arrested and convicted of solicitation and showed a North Charleston Police video of

        Mr. Singletary standing by his truck, not talking with anyone, and a voice overlay not belonging to Mr. Singletary was played stipulating wanting sex for $20.00.

11.    Channel 5 broadcasting team then met and contrary to their normal programming pulled the segment and did not air it on its 11:00 broadcast. Channel 5 also some time later pulled the segment from their website broadcast. Later Channel 5, Post & Courier repeated stated Singletary was convicted of solicitation and documents available to support such claim showing some documents on the TV broadcast.

12.    The segment and report from Channel5 and Post & Courier was sent via AP to 243 news bureaus in over 120 countries. Immediately Florence and other towns began to disseminate the very same erroneous information and Singletary received call from around the Nation and local regarding being convicted.

13.    In addition a supporter called and stated that a candidate for City Council Nelson Rivers as a result of the article state that Singletary was a "rapist".

14.    The Post & Courier's reporter Brenda Rindge without any conversation with Singletary and solely based upon Raycom's Channel 5 News information published an article Oct 13, 2015 Headlining "North Charleston candidate solicited a prostitute, called 'vexatious litigant'. "A flame-throwing candidate looking to oust longtime North Charleston Mayor Keith Summey – and who accuses the administration of nepotism and cronyism – has been barred from filing lawsuit in state courts and has been convicted of soliciting prostitute".

15.    The above concerted effort was a strategic component working in tandem with a "Pay to Play " Scheme orchestrated by Mayor Keith Summey (acting under color of law)

    designed to frustrate and interfere with the freedom of choice in casting a mayor vote free from interference or coercion.

16. Defendants acting under color and authority of law directly and or by sufficient connectivity have violated 42 USC §1982, §1985, and §1986. Acting in concert with each other defendants have engage in a malicious process to Deprive Civil Rights, to Conspire against Civil Rights, and have failed to Prevent the Deprivation of Civil Rights all in violation of the Plaintiff's Constitutional protections under the law.

17. In violation of 18 USC §1962 (RICO) and 52 USC §10101 Mayor Summey has illegally obtained and illegally utilized funds from city taxpayers in order to illegally fund his campaign and interfere with Plaintiff Constitutional rights under 52 USC 10101.

Channel 5 News statement that Singletary was convicted of solicitation and to having documents to substantiate such claim is indeed false as is the Post & Courier's claim of being barred from filing all lawsuits in the state as wells as their statement of being convicted of solicitation. The defendant's erroneous statements about the plaintiff were published via paper, internet, and TV. The defamatory and ongoine statements of the defendant's are in fact false, damaging on their face and have caused and continues to cause irreparable damage to the plaintiff's reputation. The defendant's have published, broadcasted and disseminated factually false statements that assassinates the character of the plaintiff without just cause. In addition to the factual inaccuracies of accusing plaintiff of the crime of a solicitation conviction, the fitness to conduct business and to run for the office of Mayor under the weight of a solicitation interferes with conducting business as a businessman, the ease of campaigning. The imputation of serious sexual misconduct is ir-

reparably damaging on it face and qualifies the plaintiff the omission of any need to prove special damages. The statements are injurious to the business and plaintiff's profession, constitutes a statement of unchastity, as well as criminal activity via immoral turpitude each within itself qualifies as defaming on its face. In addition the conspiratorial acts were engaged upon by the defendant's resulting in a concerted effort to prevent the first African American Mayor for the City of North Charleston. The use of defamation per se in order to generate a smear campaign in a political race has proven to be highly destructive as was with Herman Cain the Republican front-runner in fall of 20011. In November Herman Cain's campaign struggled to deal with allegation of sexual misconduct, which he denied, but still resulted in Cain's suspending his campaign on December 3. The Pew Research Center reported that, of the Republican candidates, "Herman Cain was the most covered candidate in 2011". On May 15, 2012, Cain endorsed Mitt Romney.

While this form of a smear campaign as performed in concert by the defendants may be effective it is highly illegal and prohibited by law. Defamation Per Se is destructive and inflicts irreparable damages upon the victim, his family, children and the community trust. When several close knit organizations conspire to work in tandem as they did here to derail a front runner in a political race that is consistent with the American Way of democracy and the Constitution of the United States justice must be served in the best interest of the public the victim and perseverance of justice in America.

## RELIEF SOUGHT

Wherefore plaintiff prays judgment against the defendants. The Plaintiff has suffered harm to his personal and occupational reputation, humiliation, and the intentional infliction of emotional distress. Plaintiff requests this Court grant the following relief:

(a) A written injunction and express order for retraction and all expenses necessary for removal of statement from all sources until this matter may be heard on the merits to include the awarding of attorney fees. In the mean time irreparable harm will ensue unless this court invokes its great equity power to enjoin the flagrant constitutional as well as civil violations mentioned above.

(b) Each of defendants individually and collectively including actual and punitive in the sum of one hundred and ten million ($110,000,000.00) dollars .10 to plaintiff and .90 for the good of the community together with the cost of this action.

(c) That this Court award compensatory and punitive damages, pre-judgment and post-judgment interest, reasonable attorney's fees, costs and expenses that was incurred in bringing this Complaint and conducting this litigation; and

(d) That this Court in addition grant and order such relief as it deems just and proper.

## Jury Demand

Plaintiff demands a trial by jury of all allegations contained within this complaint.

Dated: November 2, 2015

                                      Respectfully Submitted

*[signature]*

John Singletary
Pro Se
4321 Waterview Cir
Nichas SC
29418
843 693 2823

## CERTIFICATE OF SERVICE

I John Singletary herby certify that a true and correct copy of this **complaint** in forgoing style and matter was dispatched with sufficient U.S. prepaid postage to defendants and served upon defendants on November 2, 2015.

Attorney for Plaintiff

*[signature]*

PRO SE REPRESENTATION
4321 WATERVIEW CIR
N. CHAS. SC 29418
843 693-2823

The City of North Charleston
2500 City Hall Lane
North Charleston, SC   29406

North Charleston Police Department
2500 City Hall Lane
North Charleston, SC   29406

Mayor Keith Summey
2500 City Hall Lane
North Charleston, SC   29406

Chief Eddie Driggers
2500 City Hall Lane
North Charleston, SC   29406

Officer Willie Jackson
2500 City Hall Lane
North Charleston, SC   29406

Officer Jonathan Glenn

2500 City Hall Lane
North Charleston, SC   29406

Eric McClure
313 Sabal Palmetto Ct.
Moncks Corner SC   29461

& 805 Hoss Rd.
Charleston, SC   29414

Harve Jacobs
2126 Charlie Hall Boulevard
Charleston, SC   29407

William (Bill) Sharpe
2126 Charlie Hall Boulevard
Charleston, SC   29407


Channel 5News
2126 Charlie Hall Boulevard
Charleston, SC   29407

Raycom Media
CT Corporation System
2 Office Park Ct
Ste 103
Columbia, SC   29223

Brenda Rindge
134 Columbus St.
Charleston, SC   29403

Post & Courier
134 Columbus St.
Charleston, SC   29403

Cedrus
1535 Hobby Street
North Charleston, SC   29405

Chicora Gardens LLC
Registered Agent Richard Brownyard
1017 Chuck Dawley Blvd.
Mt. Pleasant, SC   29464

Davis & Floyd
3229 W. Montague Ave
North Charleston, SC   29418

1319 Highway 72/221 East
Greenwood, SC   29649